UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

BANCO BTG PACTUAL S.A., and TRAVESSIA
SECURITIZADORA DE CRÉDITOS
FINANCEIROS VIII S.A.,

        Applicants,

Pursuant to 28 U.S.C. § 1782 for Judicial
Assistance in Obtaining Evidence for Use in
Foreign and International Proceedings Pending in
the Federative Republic of Brazil

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/20/2024_

24 Misc. 304 (AT)

**Order**

ANALISA TORRES, District Judge:

      On July 15, 2024, the Court granted Petitioners' request to obtain discovery from Admel Properties, Inc. ("Admel"), for use in two pending legal proceedings in São Paulo, Brazil, pursuant to 28 U.S.C. § 1782. ECF No. 5. By letter dated September 4, 2024, Petitioners informed the Court that Admel had failed to produce any documents and had not responded to any of Petitioners' communications. ECF No. 6. The Court ordered Admel to contact Petitioners regarding the status of the discovery by September 26, 2024. ECF No. 7. By letter dated October 17, 2024, Petitioners informed the Court that Admel still had not contacted them or produced any of the subpoenaed materials. ECF No. 9. The Court ordered Admel to show cause why it should not be held in contempt for failure to comply with Petitioners' subpoena and the Court's prior orders. ECF No. 10.

      The Court has received no communications from Admel. However, on November 11, 2024, counsel for Admel filed his notice of appearance on the docket. ECF No. 12. Given this development, by **November 29, 2024**, Petitioners and Admel shall submit a joint status letter regarding the status of the subpoenaed materials.

      SO ORDERED.

Dated: November 20, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge