USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

BANCO BTG PACTUAL S.A., and TRAVESSIA SECURITIZADORA DE CRÉDITOS FINANCEIROS VIII S.A.,

Applicants,

Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign and International Proceedings Pending in the Federative Republic of Brazil.

24 Misc. 304 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **October 30, 2026**, Petitioners shall file a letter indicating whether they still seek leave to file a motion to compel the supplementation of the document production of Admel Properties, Inc. *See* ECF No. 33

SO ORDERED.

Dated: October 20, 2026
New York, New York

ANALISA TORRES
United States District Judge